1004

THE STATE OF WASHINGTON, *Respondent*, v. ALDEN JAY WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02410-1, Terry D. Sebring, J., entered April 23, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC K. BROOKS, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 98-1-05617-3, Anthony P. Wartnik, J., entered June 1, 1999 and June 4, 2002. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. DAVISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08720-5, Dale B. Ramerman, J., entered May 11, 2001. *Reversed* by unpublished opinion per Becker, C.J., concurred in by Kennedy and Agid, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SCOTT HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00912-1, Ronald Kessler, J., entered October 29, 2001. *Affirmed* by unpublished per curiam opinion.